04-CR-05318-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>LE'NESA C. JONES,<br><br>              Defendant. | NO. CR04-5318<br><br>ORDER TO QUASH<br>ARREST WARRANT |

THIS MATTER coming before the Court upon motion by the United States, and the Court being fully advised in the premises,

IT IS ORDERED that the arrest warrant for LE'NESA C. JONES is quashed.

DATED this 26 day of June, 2006.

*/s/ Mary Alice Theiler*
UNITED STATES MAGISTRATE JUDGE

Presented by:

*/s/ Barbara J. Sievers*
BARBARA J. SIEVERS
Assistant United States Attorney

cc USMO

ORDER QUASHING ARREST WARRANT/LE'NESA C. JONES - 1
CR04-5318

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970